# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

BELINDA. BAKER, et al.,
Plaintiffs,

Case No. 1:18-cv-757
Black, J.
Litkovitz, M.J.

vs.

BENSALZ PRODUCTIONS, INC., et al.,
Defendants,

**ORDER**

This matter is before the Court on plaintiffs' motion to stay proceedings (Doc. 38), which defendants oppose (Doc. 39). Plaintiffs moved to stay proceedings until September 4, 2019, to give them an opportunity to seek leave to file an amended complaint. Plaintiffs filed a motion for leave to amend the complaint on October 9, 2019. (Doc. 40). The motion to stay proceedings (Doc. 38) is therefore **DENIED** as moot.

**IT IS SO ORDERED.**

Date: 10/21/19

Karen L. Litkovitz
United States Magistrate Judge